UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Latina Pearce,  Civil No. 17-48 (DWF/LIB)

          Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Raymond Horton, Janine Lepage,
Charles Halverson, and Eli Loven,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 2, 2017. (Doc. No. 10.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Leo I. Brisbois's May 2, 2017 Report and Recommendation (Doc. No. [10]) is **ADOPTED**.

2. Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. [2]) is **DENIED**.

3. This action is **DISMISSED** with prejudice for lack of subject matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2017
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge